# U.S. District Court

## Kentucky Eastern - Lexington

Receipt Date: May 11, 2026 3:33PM

Bart Denham Law PLLC
250 W Main St
Ste 120
Lexington, KY 40507

Rcpt. No: 500007768 Trans. Date: May 11, 2026 3:33PM Cashier ID: #DS (7239)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 118 | Sanctions/Contempt of court Fines | | 1 | 7000.00 | 7000.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| CH | Check | #1650 | 05/11/2026 | $7,000.00 |
| | | | Total Due Prior to Payment: | $7,000.00 |
| | | | Total Tendered: | $7,000.00 |
| | | | Total Cash Received: | $0.00 |

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.