**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**(at Lexington)**
**Civil Action No. 5:24-cv-00339-DCR**

MARK WHALEY, PLAINTIFF

v.

DEFINITIVE ROOFING AND
SPECIALTY COATINGS, LLC; et al. DEFENDANTS

# NOTICE OF APPEAL

Notice is hereby given that Plaintiff/Counterclaim Defendant Mark Whaley appeals to the United States Court of Appeals for the Sixth Circuit from the Final Judgment entered in this action on April 13, 2026, including all prior interlocutory orders and rulings merged therein, including but not limited to:

1. The Memorandum Opinion and Order entered June 30, 2025 [Record No. 68];
2. The Memorandum Opinion and Order entered February 17, 2026 [Record No. 139];
3. The Memorandum Opinion and Order entered March 9, 2026 [Record No. 151];
4. The Order entered March 16, 2026 [Record No. 158];
5. The Memorandum Opinion and Order entered April 13, 2026 regarding attorney's fees, costs, and sanctions [Record No. 163] (excluding paragraph 3 of the Order on the $7,000 Sanction); and
6. The Final Judgment entered April 13, 2026 [Record No. 164];

and all adverse rulings, findings, dismissals, summary judgment rulings, sanctions, awards of attorney's fees and costs, counterclaim rulings, evidentiary rulings, and all other issues preserved in the record.

Plaintiff/Counterclaim Defendant Mark Whaley appeals against all parties, including Definitive Roofing and Specialty Coatings, LLC; IB Roof Systems, Inc.; and Environmental Roofing Components, LLC.

Respectfully submitted this 12th day of May, 2026.

*/s/ Andre F. Regard*
Andre F. Regard (KBA #88254)
Regard Law Group PLLC
1500 Leestown Rd., Suite 307
Lexington, KY 40511
Phone: (859) 281-1318
Fax: (859) 966-2373
aregard@regardlaw.com
***Co-Counsel for Plaintiff/ Counterclaim Defendant Mark Whaley***

and

James Barton Denham
DENHAM PROPERTY & INJURY
250 W Main St suite 2650,
Lexington, KY 40507
***Co-Counsel for Plaintiff/ Counterclaim Defendant Mark Whaley***

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing was electronically filed using the PACER system and therefore served to all counsel of record on this 12th day of May 2026.

*Andre F. Regard*
Andre F. Regard