**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: May 18, 2026

Mr. Edwin H. Clark
Clark Law Office
861 Corporate Drive
Suite 150
Lexington, KY 40503

Mr. Daniel E. Danford
Stites & Harbison
250 W. Main Street
Suite 2300
Lexington, KY 40507

Mr. James Bart Denham
Denham Property and Injury Law Firm
250 W. Main Street
Suite 120
Lexington, KY 40507

Mr. Daniel John Knecht
Bricker, Graydon & Wyatt
312 Walnut Street
Suite 1800
Cincinnati, OH 45202

Mr. Andre F. Regard
Regard Law Group
1500 Leestown Road
Suite 307
Lexington, KY 40507

Mr. Scott Thomas Rickman
Morgan, Pottinger & McGarvey
175 E. Main Street
Suite 200
Lexington, KY 40507

Re: Case No. 26-5437
*Mark Whaley v. Definitive Roofing and Specialty Coatings, LLC, et al*
Originating Case No. 5:24-cv-00339

Dear Counsel,

This appeal has been docketed as case number **26-5437** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court. If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

At this stage of the appeal, the following case opening items should be docketed with the Clerk's office by **June 1, 2026**. The Disclosure of Corporate Affiliations and Civil Appeal Statement are now automated entries. Filers may still use the form 6CA-1 and 6CA-53 located on the Court's website if the automated entries do not provide sufficient space. Additionally, the transcript order must be completed by that date. For further information and instructions on ordering transcript electronically, please visit the court's website.

Appellant: Appearance of Counsel
Civil Appeal Statement of Parties & Issues
Disclosure of Corporate Affiliations
Application for Admission to 6th Circuit Bar (if applicable)

Appellee: Appearance of Counsel
Disclosure of Corporate Affiliations
Application for Admission to 6th Circuit Bar (if applicable)

If appellant's case opening items are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution. If you have questions after reviewing the rules, please contact the Clerk's office for assistance.

Sincerely yours,

s/Kelly Stephens
Case Management Specialist: Sharday
Direct Dial No. 513-564-7027

Enclosure

**OFFICIAL COURT OF APPEALS CAPTION FOR 26-5437**

MARK WHALEY

Plaintiff - Appellant

v.

DEFINITIVE ROOFING AND SPECIALTY COATINGS, LLC; ENVIRONMENTAL ROOFING COMPONENTS, LLC; IB ROOF SYSTEMS, INC

Defendants - Appellees