UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF
KENTUCKY CENTRAL DIVISION
CIVIL ACTION NO. 5:24-cv-00339-DCR-MAS

MARK WHALEY PLAINTIFF

v.

DEFINITIVE ROOFING & SPECIALTY COATINGS, LLC; ENVIRONMENTAL ROOFING COMPONENTS, LLC, et al. DEFENDANTS

---

AFFIDAVIT OF MARK WHALEY
IN SUPPORT OF
PLAINTIFF'S MOTION TO APPROVE SUPERSEDEAS BOND
AND FOR LIMITED STAY OF EXECUTION

---

I, Mark Whaley, do hereby depose and state:

1. I am the Plaintiff in the above-captioned matter. I have personal knowledge of the facts stated in this Affidavit.

2. I have appealed the Judgment entered against me in this action and am seeking approval of a supersedeas bond and a limited stay of execution pending approval and posting of that bond.

3. I operate a small business from the property at issue in this action. That business is a source of income and livelihood.

4. If Defendants are permitted to execute on the Judgment before the supersedeas bond is approved and posted, I may be forced to sell or liquidate property or assets necessary to operate my business to satisfy the Judgment.

5. Forced liquidation or seizure of those assets would disrupt my business operations and may cause me to lose income, customers, and goodwill. It would also impair my ability to fund and pursue my pending appeal

6. Even if I ultimately prevail on appeal, I do not believe I could fully recover from the loss of my business operations, forced liquidation of business assets, loss of income or goodwill, or impairment of my ability to pursue the appeal.

7. I am prepared to post the proposed supersedeas bond, subject to the Court's approval, to protect Defendants' interests while preserving the status quo during the appellate process.

8. I believe without the judgment being posted as a superstitious Bond, the defendant, if I were to prevail on appeal, will be unable to return the judgment collected. Having the judgment posted as a bond will protect all parties

I declare under penalty of perjury under the laws of the United State that the foregoing is correct and true to the best of my knowledge.

Mark Whaley

Mark Whaley (May 24, 2026 13:53:50 EDT)

Mark Whaley
Affiant

COMMONWEALTH OF KENTUCKY

COUNTY OF FAYETTE

Subscribed, sworn to, and acknowledged before me by Mark Whaley on this 24 day of May, 2026.

My Commission Expires: 12/27/2029

Caitlyn Campbell (May 24, 2026 14:24:39 EDT)

Notary Public
Notary Id. #: KYNP 42124