EDKy426 (Rev. 09/91) Affidavit and Answer of Garnishee (Non-wage)

Eastern District of Kentucky
FILED
JUL 07 2026
AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
at Lexington

## AFFIDAVIT AND ANSWER OF GARNISHEE

**Judgment Creditor:** Definitive Roofing & Specialty Coatings, LLC
1094 Marlow Road
Bells, TX 75414

**Judgment Debtor:** Mark Whaley
P.O. Box 101
Burgin, KY 40310

**Garnishee:** Community Trust Bank, Inc.
100 East Vine Street, Lexington, KY 40507

**Amount Due:**
**Court Costs:** $325,162.72, plus interest from February 17, 2026, at 2%, compounded monthly until paid in full; and $19,996.25 in attorney's fees and $6,233.10 in costs with post-judgment interest at the legal right pursuant to 28 U.S.C. § 1961 until paid in full

**Garnishee's Date of Receipt**

**Case Name and No.**
Mark Whaley v. Definitive Roofing & Specialty Coatings, LLC, et al., 5:24-cv-00339-DCR-MAS

**Name and Address of Judgment Creditor's Attorney**
Scott T. Rickman
Morgan Pottinger McGarvey str@mpmfirm.com
175 East Main Street, Suite 200
Lexington, KY 40507 (859) 226-5282

The Affiant, after being first duly sworn, states as follows:

1. The name of the Judgment Debtor is Mark Whaley
2. At the time of the service of the Order of Garnishment (Non-wage), the Garnishee herein is indebted to the Judgment Debtor or holds money belonging to the Judgment Debtor in the amount of $ 353,020.80.
3. Other property belonging to the Judgment Debtor and held by me is as follows (If none, put "none"): none.
4. I, or I on behalf of the Garnishee herein, state that there is no other money, property, or other evidence of debt in my possession that belongs to the Judgment Debtor.
5. I, or I on behalf of the Garnishee, have forwarded to the **Judgment Creditor's Attorney** the amount of money so held by me to the extent of the amount due plus costs as shown on the reverse. THE AMOUNT FORWARDED IS: $ 353,020.80
6. If I, or I on behalf of the Garnishee, hold property (listed above) other than money which I am unable to forward, I hereby disclose (in Paragraph 3 above) such property and will hold and safely keep such property pending further orders of the Court.
7. In addition, I have sent the original of this Answer to the Court, a copy to the **Judgment Creditor's Attorney** and a copy or the Order of Garnishment (Non-wage) and of this Answer to the **Judgment Debtor**.

GARNISHEE

By: Megan Smith
Signature of Affiant
Position (If Applicable): Deposit Ops Clerk II

Subscribed and sworn to before me by the above Affiant this 29 day of May, 20 26

My Commission Expires: 5/29/29

Kim Hamilton
Notary Public, State at Large

### INSTRUCTIONS

1. After receiving the Order of Garnishment (Non-wage), promptly send a copy of it to the Judgment Debtor.
2. After 14 days from **Garnishee's Date of Receipt**, but within 20 days from **Garnishee's Date of Receipt**, mail the original of this Answer to the Court, a copy to the Judgment Creditor's Attorney and a copy to the Judgment Debtor.
3. Retain a copy of the Order and this Answer for your records.

$10 fee collected

EDKy426 (Rev. 09/91) Order of Garnishment (Non-wage)

COMMUNITY TRUST BANK INC.
MAY 26 2026
HD 524-589
TELLER #801

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
at Lexington

**ORDER OF GARNISHMENT (NON-WAGE)**

Judgment Creditor: Definitive Roofing & Specialty Coatings, LLC
1094 Marlow Road
Bells, TX 75414

Garnishee's Date of Receipt 2:45 pm

Judgment Debtor: Mark Whaley
P.O. Box 101
Burgin, KY 40310

Case Name and No.
Mark Whaley v. Definitive Roofing & Specialty Coatings, LLC, et al., 5:24-cv-00339-DCR-MAS

Garnishee: Community Trust Bank, Inc.
100 East Vine Street, Lexington, KY 40507

Name and Address of Judgment Creditor's Attorney
Scott T. Rickman
Morgan Pottinger McGarvey str@mpmfirm.com
175 East Main Street, Suite 200
Lexington, KY 40507 (859) 226-5282

Amount Due:
Court Costs:
$325,162.72, plus interest from February 17, 2026, at 2%, compounded monthly until paid in full; and $19,996.25 in attorney's fees and $6,233.30 in costs with post-judgment interest at the legal right pursuant to 28 U.S.C. § 1961 until paid in full

THE UNITED STATES OF AMERICA:

To the **Garnishee:**

If you hold property belonging to, or are indebted to, the judgment debtor named above, you are hereby ORDERED to hold and safely keep all of the property of the Judgment Debtor necessary to satisfy the amount due plus court costs as shown above. You are RESTRAINED from paying to the Judgment Debtor, or to anyone for him, money or property in your possession belonging to him or in which he has any interest.

INSTRUCTIONS

You Are Hereby Summoned and Required to Do the Following:

(1) Fill in the **Garnishee's Date of Receipt** in the space provided above on all copies;
(2) Hold and safely keep any funds or property due the Judgment Debtor to the extent of the Amount Due above plus Court Costs until further Order of the Court or as directed below;
(3) Promptly attempt to notify the Judgment Debtor by mailing a copy of this Order to his last known address or by delivering it to him;
(4) If after the expiration of **fourteen (14)** days from your receipt of this Order and there has been no further notice from the Court, then do the following:
  (a) Using the form provided, Answer as Garnishee within **twenty (20)** days of the receipt of this Order; and
  (b) Forward to the Attorney named below your Answer; and,
  (c) Send the original of your Answer to the Court.

Date: 5/22/2026

ROBERT R. CARR, CLERK

By: [signature] D.C.

IMPORTANT LEGAL NOTICE TO JUDGMENT DEBTOR

Money or property belonging to you has been subjected to a garnishment under a judgment entered against you in this case. Some funds may be exempt from garnishment, including Social Security benefits, workers compensation benefits, unemployment insurance benefits, AFDC, and some other types of governmental benefit payments; however, you must claim and prove any applicable exemption. If you can show that the property garnished by this Order consists of exempt funds, then you may immediately request a hearing in the court listed above by filing a sworn written request with the Clerk of the Court within ten (10) days of the Garnishee's Date of Receipt noted above. **Note:** The Clerk does not have forms for you to use and cannot give you legal advice.

Distribution: Original to Court, Copy to Judgment Creditor's Attorney, Copy to Garnishee (sent by Judgement Creditor's Attorney)